AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
**EASTERN DISTRICT OF WISCONSIN**

*In the Matter of the Search of*

| | |
|---|---|
| A USPS Priority Mail parcel 9505 5103 3161 0058 3590 25 (the "**SUBJECT PARCEL**"). The **SUBJECT PARCEL** is approximately 20 inches by 20 inches by 12 inches and weighs approximately 14 pounds and 9.6 ounces. The **SUBJECT PARCEL**'s label indicates it is from "Mike T 638 Spruce St Berkeley, CA. 94709." The **SUBJECT PARCEL** bears a handwritten label addressed to "L.J. 8288 N. Edge O Woods Dr. Milw. WI 53223." The **SUBJECT PARCEL** was postmarked on February 27, 2020 in Richmond, California 94805. The postage paid was $97.20. | Case Number: 20-MJ-96 |

## SEARCH AND SEIZURE WARRANT

**TO: Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

A USPS Priority Mail parcel 9505 5103 3161 0058 3590 25 (the "**SUBJECT PARCEL**"). The **SUBJECT PARCEL** is approximately 20 inches by 20 inches by 12 inches and weighs approximately 14 pounds and 9.6 ounces. The **SUBJECT PARCEL**'s label indicates it is from "Mike T 638 Spruce St Berkeley, CA. 94709." The **SUBJECT PARCEL** bears a handwritten label addressed to "L.J. 8288 N. Edge O Woods Dr. Milw. WI 53223." The **SUBJECT PARCEL** was postmarked on February 27, 2020 in Richmond, California 94805. The postage paid was $97.20.

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance, in violation of title 21 U.S.C. §§ 841(a)(1) and 843(b).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before ___3/7___, 2020
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)  ☐ until, the facts justifying, the later specific date of _____.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Nancy Joseph.

Date and time issued ___3/3___, 2020; __1:45__ p.m.
City and state: Milwaukee, Wisconsin

*[Signature]*
THE HONORABLE WILLIAM E. DUFFIN
United States Magistrate Judge
*Name & Title of Judicial Officer*

# RETURN

| Case No. | Date and time Warrant executed | Copy of warrant and inventory left with: |
|---|---|---|
| 2688033-PMN | 3/4/20 10:40 am | USPIS |

Inventory made in the presence of: **Inspector York**

Inventory of person or property taken and name of any person(s) seized:

Parcel described on face of warrant. Found to contain suspected marijuana with a gross weight of 111 grams and suspected psychedelic mushrooms with a gross weight of 62 grams.

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/5/20

_Cleveland Brandt III_ (Executing officer's signature)

Cleveland Brandt III, U.S. Postal Inspector
(Printed name and title)

Subscribed, sworn to, and returned before me this date.

_William E. Duffin_ (U.S. Judge or Magistrate Judge)

3/5/2020
(Date)